# EXHIBIT A-1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. _____ |
| VS § | |
| § | ADMIRALTY |
| STARR INDEMNITY & LIABILITY § | |
| INSURANCE COMPANY; NATIONAL § | |
| UNION INSURANCE COMPANY OF § | |
| PITTSBURGH, PA; THE INSURANCE § | |
| COMPANY OF THE STATE OF § | |
| PENNSYLVANIA, § | |
| § | |
| Defendants. § | |

## LIST OF COUNSEL OF RECORD

Counsel for Plaintiff:          Mike Morris
                                State Bar No. 14495800
                                Danny L. Van Winkle
                                State Bar No. 20462500
                                Tekell, Book, Allen & Morris, L.L.P.
                                1221 McKinney, Suite 4300
                                Houston, Texas 77010-2010
                                713-222-9542 Telephone
                                713-655-7727 Facsimile
                                mmorris@tekellbook.com
                                dv@tekellbook.com

Counsel for Defendant:          Harold K. Watson
                                State Bar No. 20938500
                                Eugene W. Barr
                                State Bar No. 24059425
                                801 Travis Street, Suite 1910
                                Houston, Texas 77002
                                713-546-9800 Telephone
                                713-546-9806 Facsimile
                                watson@chaffe.com
                                barr@chaffe.com

2244590-1