# EXHIBIT A-2

| **HCDistrictclerk.com** | EXXON MOBIL CORPORATION vs. STARR INDEMNITY & LIABILITY INSURANCE CO<br>Cause: 201422667    CDI: 7    Court: 125 | 4/25/2014 |

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## SERVICE
No Service found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS
| | |
|---|---|
| **File Date** | 4/23/2014 |
| **Case (Cause) Location** | Civil Intake 1st Floor |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | CONTRACT |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | 4/24/2014 |

### COURT DETAILS
| | |
|---|---|
| **Court** | 125th |
| **Address** | 201 CAROLINE (Floor: 10)<br>HOUSTON, TX 77002<br>Phone:7133686141 |
| **JudgeName** | KYLE CARTER |
| **Court Type** | Civil |

### ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| EXXON MOBIL CORPORATION | PLAINTIFF - CIVIL | | MORRIS, MICHAEL PATRICK |
| STARR INDEMNITY & LIABILITY INSURANCE COMPANY | DEFENDANT - CIVIL | | |
| NATIONAL UNION FIRE INSURANCE | DEFENDANT - CIVIL | | |

COMPANY OF PITTSBURGH, PA

THE INSURANCE COMPANY OF THE STATE   DEFENDANT - CIVIL
OF PENNSYLVANIA

## INACTIVE PARTIES
No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 4/23/2014 | ORIGINAL PETITION | | | 0 | | MORRIS, MICHAEL PATRICK | EXXON MOBIL CORPORATION |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 60537052 | Plaintiff's Original Petition | | 04/23/2014 | 16 |
| 60537053 | Exhibit 1 | | 04/23/2014 | 19 |
| 60537054 | Exhibit 2 | | 04/23/2014 | 11 |
| 60537055 | Exhibit 3 | | 04/23/2014 | 2 |
| 60537062 | Civil Case Information Sheet | | 04/23/2014 | 1 |
| 60537083 | Civil Process Request. | | 04/23/2014 | 2 |